UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WILLIAM HOPKINS,

                Plaintiff,

vs.

CITY OF SCHENECTADY, CITY OF SCHENECTADY POLICE DEPARTMENT, CITY OF SCHENECTADY POLICE OFFICER RICHARD VERZONI, and CITY OF SCHENECTADY POLICE OFFICER CHARLES STEVENS,

                Defendants.

Civil Case No.: 1:20-cv-0618
(TJM/CFH)

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of records for Plaintiff and Defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: 7/25/2023

James C. Knox, Esq. (Bar No. 517109)
E. Stewart Jones Hacker Murphy, LLP
28 Second Street
Troy, New York 12180
Attorneys for Plaintiff
518-274-5820
jknox@joneshacker.com

Dated: August 18, 2023

April J. Laws (Bar No. 517148)
Johnson and Laws, LLC.
646 Plank Rd, Ste. 205
Clifton, New York 12065
Attorneys for Defendant
518-490-6428
ajl@johnsonlawsllc.com

SO ORDERED: 8/22/2023

Hon. Thomas J. McAvoy, Sr. U.S.D.J.

ATTACHMENT A